IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| v. | * | Crim. No. JKB-26-0118 |
| SYNERGY MARINE PTE LTD., et al., | * | |
| Defendants. | * | |

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

## SCHEDULING ORDER

Pursuant to an in-court status and scheduling conference held on June 16, 2026, the Court sets the following dates and deadlines for further proceedings in this case:

| | |
|---|---|
| October 15, 2026 | Government's expert disclosures. |
| November 1, 2026 | Defendants' expert disclosures. |
| December 1, 2026 | Government's and Defendants' rebuttal disclosures. |
| January 15, 2027 | Deadline for pretrial motions. |
| February 15, 2027 | Deadline for responses to pretrial motions. |
| March 1, 2027 | Deadline for replies to responses to pretrial motions. |
| **March 9–11, 2027** | **Motions Hearing**, Courtroom 5A.  All trial counsel must be present.  The hearing will begin at 10:00 a.m. each day. |
| July 15, 2027 | Jencks disclosure deadline. |
| September 1, 2027 | Deadline for filing motions *in limine*. |
| September 1, 2027 | Deadline for receipt in chambers of proposed *voir dire*, proposed preliminary and final jury instructions, and a proposed jury verdict form. |

**These must be filed electronically.  They must also be submitted by email, in Microsoft Word–readable format, to** MDD_JKBChambers@mdd.uscourts.gov**.**

Counsel for the Government and for the Defendant shall meet and confer with respect to proposed *voir dire*, jury instructions, and verdict form, and, to the fullest extent possible, make joint submissions. Counsel shall identify, in supplemental filings, any points of disagreement.

The most recent revisions of the undersigned's standard *voir dire* and preliminary and final jury instructions in criminal cases are available to the parties upon request to chambers. **Counsel must use these forms.**

September 15, 2027 — Deadline for filing responses to motions *in limine*.

**September 21–22, 2027** — **Pretrial Conference**, Courtroom 5A. All trial counsel must be present. The hearing will begin at 10:00 a.m. each day.

**October 4, 2027, 9:30 a.m.** — Begin **Jury Trial**, Courtroom 5A. Trial will end on November 18, 2027. The Court will not sit on Fridays, on any federal holidays, or on Yom Kippur.

Counsel shall appear in court at 9:15 a.m. to address various matters with the courtroom deputy clerk prior to the commencement of jury selection.

No changes in the schedule set forth above will be permitted unless authorized by the Court for good cause shown. Any such requests, either stipulated or *ex parte*, must be made by motion and filed with the Clerk.

The Government is directed to prepare notices and "come up" letters, as appropriate, for the in-court proceedings. The Government is also directed to file motions to exclude time pursuant to the Speedy Trial Act, as appropriate.

DATED this __17__ day of June, 2026.

BY THE COURT:

James K. Bredar
United States District Judge