**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SYNERGY MARINE PRIVATE LTD., *et al.* | Case No. 26-CR-00118-JKB |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Crim. P. 12.4, Defendant Synergy Marine Private Ltd. ("Synergy Marine"), hereby submits its Corporate Disclosure Statement.

1. Synergy Marine is 100% owned by Synergy Group Holdings Ltd., a limited company established in Jersey.

2. Synergy Group Holdings Ltd. is not publicly traded, nor are any of its affiliates. Thus, there is no publicly held corporation that owns 10% or more of the stock in Synergy Marine.

Dated: June 22, 2026

Respectfully,
BLANK ROME LLP

*s/Luke M. Reid*
Luke M. Reid (Federal Bar No. 31228)
Luke.Reid@blankrome.com
125 High Street, 3rd Floor
Boston, MA 02110
617-415-1200

William R. Bennett, III*
William.Bennett@blankrome.com
Thomas H. Belknap, Jr.*
Thomas.Belknap@blankrome.com
Alexandra Clark
Alexandra.Clark@blankrome.com
1271 Avenue of the Americas
New York, NY 10020
212-885-5000

Kierstan L. Carlson*
Kierstan.Carlson@blankrome.com
Emma C. Jones*
Emma.Jones@blankrome.com
1825 Eye St. NW
Washington, DC 20006
202-420-2200

Joseph G. Poluka*
Joseph.Poluka@blankrome.com
130 N. 18th Street
Philadelphia, PA 19103
215-569-5500

*Admitted *pro hac vice*

*Counsel for Defendant Synergy Marine
Private Ltd.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this June 22, 2026, a copy of the foregoing Corporate Disclosure Statement was filed and served via the Court's CM/ECF electronic filing system, on all counsel of record.

*s/Luke M. Reid*
Luke M. Reid
(Federal Bar No. 31228)
BLANK ROME LLP
125 High Street, 3rd Floor
Boston, MA  02110
(T): 617-415-1129
luke.reid@blankrome.com
