**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| **v.** | * | **Case No. 1:26-cr-00118-JKB** |
| **SYNERGY MARINE PRIVATE LTD.,** ***et al.*****,** | * | |
| | * | |
| **Defendants.** | * | |

* * * * * * * * * * * * *

**GOVERNMENT'S MOTION TO SEAL**

The United States, by its undersigned counsel, requests that the Court enter an order sealing the Motion for Hearing filed by the United States, ECF No. 75.

1. On August 13, 2026, the Government filed a request for the Court to hold a hearing as to certain issues. ECF No. 75.

2. The Government is moving to seal in abundance of caution, as disclosure of the Motion may cause unfair prejudice or create controversy as to non-parties to the litigation.

3. To seal an application, the government must demonstrate that: (1) there is a compelling government interest requiring materials to be kept under seal and (2) there is no less restrictive means, such as redaction, available. *In re Search Warrants Issued on April 26, 2004*, 353 F.Supp.2d 584, 587(D. Md. 2004). The procedures for sealing are set forth in *Baltimore Sun Co. v. Goetz*, 886 F.2d 60, 65 (4th Cir. 1989). "The judicial officer may explicitly adopt the facts that the government presents to justify the sealing ...." *Id.*

4. Here, the Government is requesting that the Court seal the Government's Motion for Hearing, ECF No. 75, and the exhibits thereto, to avoid any unfair prejudice as to the subjects

of the Motion, who are not defendants in this action. Further, redaction is not appropriate as the Government's need for sealing relates to the entire Motion, and not just portions of the Motion.

For all of the foregoing reasons, the Government requests that the Court seal the Government's Motion for Hearing and the exhibits thereto.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By: _________/s/___________
Matthew P. Phelps, No. 17933
Bijon A. Mostoufi, No. 816580
Kimberly S. Phillips, No. 811611
Assistant United States Attorneys
36 S. Charles Street, 4th Floor
Baltimore, Maryland 21201
(410) 209-4800
matthew.phelps@usdoj.gov
bijon.mostoufi@usdoj.gov
kimberly.phillips@usdoj.gov

Adam R. F. Gustafson
Principal Deputy Assistant Attorney General
Energy and Natural Resources Division

By: _________/s/___________
Leigh P. Rendé
(PA Bar No. 203452)
United States Department of Justice
Environmental Crimes Section
150 M Street, NE
Washington, D.C. 20002
(202) 532-3344
leigh.rende@usdoj.gov

COUNSEL FOR THE UNITED STATES