**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SYNERGY MARINE PRIVATE LTD., *et al.* | Case No. 26-CR-00118-JKB |

**RESPONSE TO THE UNITED STATES' MOTION TO SEAL**

Synergy Marine Private Ltd. and Synergy Maritime Private Ltd. (collectively, the "Synergy Defendants") hereby submit this Response to the United States' Motion to Seal (ECF No. 76). The Synergy Defendants do not oppose the Motion to Seal and agree that disclosure of the Motion for Hearing (ECF No. 75) may cause unfair prejudice or create controversy as to non-parties to the litigation. The Synergy Defendants further agree that the Court should enter an order sealing the Motion for Hearing filed by the United States and the exhibits thereto.

The Synergy Defendants also respectfully request the Court issue an Order granting the Synergy Defendants at least 45 days to respond to the Government's Motion for Hearing.

Dated: August 18, 2026

Respectfully,

BLANK ROME LLP

*s/Luke M. Reid*

Luke M. Reid (Federal Bar No. 31228)
Luke.Reid@blankrome.com
125 High Street, 3rd Floor
Boston, MA 02110
617-415-1200

William R. Bennett, III*
William.Bennett@blankrome.com
Thomas H. Belknap, Jr.*
Thomas.Belknap@blankrome.com

Alexandra Clark*
Alexandra.Clark@blankrome.com
1271 Avenue of the Americas
New York, NY 10020
212-885-5000

Kierstan L. Carlson*
Kierstan.Carlson@blankrome.com
Emma C. Jones*
Emma.Jones@blankrome.com
1825 Eye St. NW
Washington, DC 20006
202-420-2200

Joseph G. Poluka*
Joseph.Poluka@blankrome.com
130 N. 18th Street
Philadelphia, PA 19103
215-569-5500

*Admitted *pro hac vice*

*Counsel for Defendants Synergy Marine Private Ltd. and Synergy Maritime Private Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this August 18, 2026, a copy of the foregoing Response was filed and served via the Court's CM/ECF electronic filing system, on all counsel of record.

*s/Luke M. Reid*

Luke M. Reid
(Federal Bar No. 31228)
BLANK ROME LLP
125 High Street, 3rd Floor
Boston, MA 02110
(T): 617-415-1129
luke.reid@blankrome.com