**REDACTED EXHIBITS FROM ECF 75**