# EXHIBIT H

| | |
|---|---|
| **From:** | Praveen Vijayan <praveen.v@synergyship.com> |
| **Sent:** | Mon, 28 Aug 2023 11:15:59 +0530 (IST) |
| **To:** | [redacted]<[redacted]@synergyship.com> |
| **Cc:** | Elizabeth Arokiamary <elizabeth@synergyship.com> |
| **Subject:** | RE: Incident Category |
| **Attachments:** | SMM Chapter 15 (2).pdf |

Dear Sir
Good day!

Please classify below incidents as per **15A.5 INCIDENT LOSS CLASSIFICATION MATRIX .** Attached SMM chapter 15 for your reference.

| Defect Type | Vessel Name | IMO No | Owner group | Vessel type | Date and Time of occurrence | Details of Incident | Incident Category | Sub Category | SMM Ch-15 Category |
|---|---|---|---|---|---|---|---|---|---|
| Incident/Damage V2 | CEZANNE | 9697416 | Kumiai Senpaku Co Ltd., | CONTAINER | 17-Jul-22 | VESSEL HAD BLACK OUT DURING HER PASSAGE FROM TPP TO PORT LOUIS ON 17TH JULY 2022 AT 0547 HRS WHILE CHANGING OVER NO.2 AE FROM SCRUBBER TO BYPASS. | Significant_Incident | Loss of power - Blackout | |
| Hull & Machinary V2 | MAERSK SALTORO | 9725706 | NISSEN Kaiun KK | CONTAINER | 09-Dec-22 | After filter maintenence on #2 A/E, it was tried out and running on load for 20 mins Suddely L.O pressure (S.F ) alarm received.Local reading showed normal value(4.2 bar). Duty eng started #3 AE as fail safe measure and at the same time, suddenly Black out occured. #3 A/E taken on load but again black out occured as the A/E was in MGO flushing pump. #1 A/E had auto started but went to cooling mode after #3 A/E came online | Significant_Incident | Loss of power - Blackout | |

Kind Regards,
Praveen Vijayan
Synergy Maritime Pvt. Ltd
+91 9500119758

**From:** Senthilvelan J <senthilvelan.j@synergyship.com>
**Sent:** Monday, August 28, 2023 9:16 AM
**To:** Praveen Vijayan <praveen.v@synergyship.com>
**Cc:** Pradeep Christy Antony Y I <pradeepchristy@synergyship.com>
**Subject:** RE: Incident Category

Dear Praveen ,

Please find below category filled for the vessels managed and backed up by me.

Brgds/ **Senthil Velan.J**
Assistant Technical Manager
Synergy Maritime Pvt. Ltd.
Mobile: +91 6385114777
(As Agents only, for and on behalf of Owners)

**From:** Praveen Vijayan <praveen.v@synergyship.com>
**Sent:** Monday, August 28, 2023 8:54 AM
**To:** Senthilvelan J <senthilvelan.j@synergyship.com>
**Subject:** Incident Category

| Defect Type | Vessel Name | IMO No | Owner group | Vessel type | Date and Time of occurrence | Details of Incident | Incident Category | Sub Category | SMM Ch-15 Category |
|---|---|---|---|---|---|---|---|---|---|
| Hull & Machinary V2 | MAERSK EUREKA | 9501239 | Kumiai Senpaku Co Ltd., | CONTAINER | 16-Mar-22 | While vessel is underway from Long Beach to Busan, on 16/Mar/2022 at 02:28 hrs LT, Main Engine stopped due to ME Exhaust Valves fail and ME Servo oil pressure very low alarms. W/H informed and ME telegraph put to stop position. Watch keepers noticed large amount of lube oil found leaking out from Rail gallery. Once the ME came to stand still, LO pumps stopped. ME Rail gallery covers opened and inspection carried out. Noticed heavy Lube oil leakage from ME Unit#7 VCU rail connecting piece. All 6 of the studs of ME No.7 VCU rail connecting piece found sheared off and Lube Oil leaking from the Servo rail outlet from the bottom of the connecting piece. | Significant_Incident | Main engine failure | Level2 - Marginal |
| Hull & Machinary V2 | OOCL BRAZIL | 9495038 | Kumiai Senpaku Co Ltd., | CONTAINER | 25-May-22 | On Arrival Port Kelang 25.05.2022,Main Engine fail to start on LSMGO after changing over from HSFO to LSMGO. Vessel tried to start from Emerg.stand,but failed to start.All the fuel pump bottom inspection cover opened up & inspected. The Leakage of LSMGO past the Plunger & barrel of all the units are excessive. Engine could be started only by pushing all units fuel racks.The cause of the problem was Barrel & Plunger worn out due to usage of Bad fuel oil (having organic chlorides). | Significant_Incident | Main engine failure | |
| Hull & Machinary V2 | CAP SAN MALEAS | 9633941 | Kumiai Senpaku Co Ltd., | CONTAINER | 21-Jun-22 | Main Engine slowdown occured due to high exhaust gas temperature deviation for unit no 2 & 7, along with start failure due to gas ingress to the fuel system. | Significant_Incident | Main engine failure | Level2 - marginal |
| Hull & Machinary V2 | CAP SAN TAINARO | 9633965 | Kumiai Senpaku Co Ltd., | CONTAINER | 19-Mar-22 | Aux engine #5 was running on load and #4 aux engine was taken on load . While offlaoding #5 aux engine as soon as the #5 aux engine was taken of the bus bar #4 aux engine also tripped leading to blackout. Emergency generator and stby genertaor came on load, | Significant_Incident | Loss of power - Blackout | Level 2: Marginal |
| Hull & Machinary V2 | CAP SAN SOUNIO | 9633953 | Kumiai Senpaku Co Ltd., | CONTAINER | 1-Mar-22 | 1. As per local port regulation vessel started the MGO D/G No.1 and taken on load. 2. 3D/Gs (D/G-1, 3 and 5) were running parallel for few minutes. 3. The prefrential trip activated and followed by Black out after few seconds. 4. Emergency D/G came on load. 5. Tried to take the running D/G-1 on load, but VCB did not close. 6. Started D/G-2 and took on load. 7. All VCB abnormal alarms were reset and D/G-1 was taken on load in parallel with D/G-2 8. Further noticed in the Aconis screen PMS panel all D/Gs VCBs were showing open (actually D/G-1 and D/G-2 VCB were closed condition) and D/G-3 & D/G-4 were showing 4800Kw (Actually both were not running). 9. We have reset the both AMS PCs, various modules in engine room and ECR, but no change. 10. When we reset the HISCM1 and HISCM2, the Aconis AMS panal started resetting and is now showing correct. 11. Further we notice that the module 408 HiRT16 (For showing ME datas in Aconis) was found defective and the same was replaced with spare new module. 12. Presently MGO D/G-1 and D/G-2 are running parallel. | Significant_Incident | Loss of power - Blackout | Level 2: Marginal |
| Hull & Machinary V2 | MAERSK ESMERALDAS | 9502972 | Kumiai Senpaku Co Ltd., | CONTAINER | 30-Jan-22 | ME Unit 11 cylinder lubrication failure alarm activated, ME slowdown activated, due to sudden load change DG frequency reduced and DG tripped. Momentary blackout occured aspower was restored quickly. | Significant_Incident | Loss of power - Blackout | Level2 : marginal |
| Hull & Machinary V2 | CAP SAN SOUNIO | 9633953 | Kumiai Senpaku Co Ltd., | CONTAINER | 7-Apr-22 | 14:31 ME Hyd Cylinder unit leakage high level alarm activated. 14:35 ME Shut down activated. 14:45 ME rpm came to zero 14:45 to 15:00 Cracked pipe removed and replaced with new union. 15:05 ME Blown through and control to Bridge. 15:07 ME started and resumed passage. | Significant_Incident | Main engine failure | Level 1: Minor |
| Hull & Machinary V2 | MAERSK ENSHI | 9502946 | Kumiai Senpaku Co Ltd., | CONTAINER | 3-Apr-22 | Often Steering gear failure was raised when running No:2 or 3 unit alone. Checked at port operation of Steering was normal, but when potentiometer change in voltage checked, found drop down of voltage in between movement of runnder. thus concluded potentiometer worn out. | Significant_Incident | Steering gear failure | Level1: minor |
| Incident/Damage V2 | CEZANNE | 9697416 | Kumiai Senpaku Co Ltd., | CONTAINER | 17-Jul-22 | VESSEL HAD BLACK OUT DURING HER PASSAGE FROM TPP TO PORT LOUIS ON 17TH JULY 2022 AT 0547 HRS WHILE CHANGING OVER NO.2 AE FROM SCRUBBER TO BYPASS. | Significant_Incident | Loss of power - Blackout | |
| Hull & Machinary V2 | MAERSK SALTORO | 9725706 | NISSEN Kaiun KK | CONTAINER | 09-Dec-22 | After filter maintenence on #2 A/E, it was tried out and running on load for 20 mins Suddely L.O pressure (S.F ) alarm received.Local reading showed normal value(4.2 bar). Duty eng started #3 AE as fail safe measure and at the same time, suddenly Black out occured. #3 A/E taken on load but again black out occured as the A/E was in MGO flushing pump. #1 A/E had auto started but went to cooling mode after #3 A/E came online | Significant_Incident | Loss of power - Blackout | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Hull & Machinary V2 | MAERSK EUREKA | 9501239 | NISSEN Kaiun KK | CONTAINER | 07-Feb-23 | Vessel was en-route from Los Angeles to Yokohama, ETA Yokohama 14/Feb/2023 @0500hrs. AE#3 was in use with approximate 70% load. In third engineerâ€™s watch at 0118 hoursâ€™ on 07/Feb/2023 LT blackout happened. AE#3 stopped due to failure of swing arm assembly, push rod and cam shaft for unit #5 exhaust side. AE#4 started in auto but did not connect to BUS due to alarm in HIMAP. AE#4 VCB closed manually by resetting alarm in HIMAP by manually closing aux contacts in GPT 1. It took approximate 30 min to restore power and resume passage. | Significant_Incident | Loss of power - Blackout | Level2: Marginal |
| Hull & Machinary V2 | MAERSK EUREKA | 9501239 | NISSEN Kaiun KK | CONTAINER | 07-Feb-23 | Vessel was underway from LA to yokohama with AE#3 in use, running at 70%load. At 0118 hrs LT black out happened. AE#3 unit # 5 , push rod, swing arm assembly , cam shaft damaged. Also crank case door on both side damaged. AE#4 was taken on laod and vessel resumed passage. | Significant_Incident | Loss of power - Blackout | Level 2 - Marginal |
| Hull & Machinary V2 | APL FLORIDA | 9350032 | NISSEN Kaiun KK | CONTAINER | 24-Jun-23 | At 13:00 hrs on 24th July'23, while vessel at sea, "Servo loop failure alarm" triggered in the autopilot system when steering gear pump no#1 was running. - During that time, the helm was stuck at 6 deg stbd. - Also the autopilot was not responding. Immediately, the steering mode was changed over to hand steering, but still found not responding. Tried NFU mode still was not responding. - Started #2 & #3 steering gear motors and vessel maintained the course and also found normal. - Individually started the motors and found #1 autopilot not working but #2 & #3 were normal. | Significant_Incident | Steering gear failure | |

Kind Regards,
Praveen Vijayan
Synergy Maritime Pvt. Ltd
+91 9500119758