# EXHIBIT I

UNITED STATES OF AMERICA

NATIONAL TRANSPORTATION SAFETY BOARD

* * * * * * * * * * * * * * * * *

Investigation of: *

FRANCIS SCOTT KEY BRIDGE COLLAPSES AFTER VESSEL COLLISION IN BALTIMORE, MARYLAND ON MARCH 26, 2024 * Accident No.: DCA24MM031

* * * * * * * * * * * * * * * * *

Interview of: [redacted] Technical Superintendent Synergy

via Microsoft Teams

Thursday,
May 30, 2024

APPEARANCES:

BART BARNUM, Investigator
National Transportation Safety Board

TODD GIANELLONI, Investigator, Engineering Group
National Transportation Safety Board

DEREK JOHNSTON, Marine Accident Investigator
National Transportation Safety Board

YUKIHISA SHIBATA
ClassNK

YONG MENG TAN
Singapore Maritime and Port Authority

SUMAN PAIK
Hyundai Heavy Industries

OLIVER ESPINO
Grace Ocean

RAJU KALINDINDI, Representative
Synergy

ALAN M. WEIGEL, Attorney for [redacted]
Blank Rome, LLP

# I N D E X


| ITEM | PAGE |
| --- | --- |
| Interview of [redacted] [redacted]: | |
| By Mr. Barnum | 5 |
| By Mr. Gianelloni | 36 |
| By Mr. Johnston | 40 |
| By Mr. Shibata | 46 |
| By Mr. Barnum | 47 |
| By Mr. Tan | 49 |
| By Mr. Barnum | 49 |
| By Mr. Paik | 50 |
| By Mr. Barnum | 51 |
| By Mr. Kalindindi | 53 |
| By Mr. Gianelloni | 55 |
| By Mr. Barnum | 56 |

I N T E R V I E W

(8:02 a.m. ET)

MR. BARNUM: -- safety. Today's date is May 30th, 2024. It's approximately 0802 Eastern Daylight Time. Today, we're interviewing the technical superintendent of the vessel Saizon (ph.), [redacted]. This is a Teams virtual interview.

At this point, I will state -- I'll read an interview briefing. The purpose of this investigation is to increase safety, not to assign fault, blame or liability. NTSB cannot offer any guarantee of confidentiality or immunity from legal or license action. A transcript or summary of the interview will go into our public docket, and also be provided to parties.

The interviewee can have one representative of the interviewee's choice. Here today is Mr. Alan Weigel. The representative may not testify for the interviewee, and the representative's comments should be limited and objections are not grounds for NTSB to refrain from asking questions.

At this point, we'd like to go around the room for others on the line to identify themselves, and please spell your last name, starting with the NTSB.

MR. GIANELLONI: Todd Gianelloni, G-i-a-n-e-l-l-o-n-i, part of the engineering group with NTSB.

MR. JOHNSTON: Derek Johnston, J-o-h-n-s-t-o-n, marine accident investigator, NTSB.

MR. BARNUM: Okay, thank you. And classification society, NKK (verbatim).

MR. SHIBATA: Yes. My name is Yukihisa Shibata. The first name is Shibata, S-h-i-b-a-t-a, (indiscernible) ClassNK. Thank you.

MR. BARNUM: Yes, sir. And Singapore NPA.

MR. TAN: Hi. My name is Tan, Yong Meng, spelled as T-a-n, from the Maritime and Port Authority of Singapore.

MR. BARNUM: Thank you. And Hyundai.

MR. PAIK: Morning. This is Suman Paik from (indiscernible). First name is P-a-i-k.

MR. BARNUM: Thank you, sir. Grace Ocean.

MR. ESPINO: Hi. My name is Oliver Espino, E-i -- E-s-p-i-n-o, from Grace Ocean.

MR. BARNUM: Thank you, sir. And Synergy.

MR. KALIDINDI: Yeah, hi. Good morning, good evening all. My name is Raju Kalidindi, K-a-l-i-d-i-n-d-i, representing Synergy.

MR. BARNUM: And the representative for the interviewee.

MR. WEIGEL: This is Alan Weigel from Blank Rome.

MR. BARNUM: Okay, thank you.

INTERVIEW OF [redacted]

BY MR. BARNUM:

Q. And [redacted], if you could please introduce yourself and spell your last name.

A. Okay. My name is [redacted] [redacted], [redacted].

Q. Good. Thank you, sir. And do we have your permission to record this interview?

A. (Indiscernible).

Q. Okay, thank you.

MR. BARNUM: And just as a reminder, if everybody could please turn off their cameras and mute their microphones while note speaking. And [redacted], just please leave your camera on.

[redacted]: Yes.

BY MR. BARNUM:

Q. All right. Well, again, thank you. My name is Bart Barnum again. I appreciate you joining this interview. I'll start the line of questionings. First off, we just like to hear a little bit about your background, you know when you started in the maritime industry, if you went to any kind of schooling, and kind of just take us through your background a little bit, please.

A. Okay. I did my high schooling in my hometown, Kanukela (ph.) in 1994. Then 1998, I passed -- I cleared my bachelor of engineering mechanical from (indiscernible) College of Engineering in India, (indiscernible), India. Then I did my (indiscernible) training in marine (indiscernible) Mumbai, marine (indiscernible) Mumbai in 2001 -- 2000. In 2001, I joined as a cadet, engineering cadet, in Wallem ship management.

In 2008, I was at Wallem ship management, then I joined the -

fuel changeover?

A. Maybe fuel changeover. Maybe.

Q. Okay. All right.

So just kind of my final question for you, sir. Again, I appreciate your time, but is there -- what -- is there anything that we should be asking you that we haven't asked you that would help us in our investigation?

A. Nothing. I cannot --

Q. We got everything? I know we've been going for a while, so I appreciate that.

And then finally just is there anything that you want to ask us? Is there any questions that you have for us?

A. No, sir. It's okay. Okay for me.

Q. Okay, very good.

MR. BARNUM: Well, with that, I'm going to stop the recording. It's 0930 Eastern Daylight Time. The recording is stopped.

(Whereupon, at 9:30 a.m., the interview was concluded.)

CERTIFICATE

This is to certify that the attached proceeding before the

NATIONAL TRANSPORTATION SAFETY BOARD

IN THE MATTER OF: FRANCIS SCOTT KEY BRIDGE COLLAPSES AFTER CARGO VESSEL COLLISION IN BALTIMORE, MARYLAND ON MARCH 26, 2024
Interview of [redacted] [redacted]

ACCIDENT NO.: DCA24MM031

PLACE: via Microsoft Teams

DATE: May 30, 2024

was held according to the record, and that this is the original, complete, true and accurate transcript which has been transcribed to the best of my skill and ability.

[redacted]

Shelby Shover
Transcriber