# EXHIBIT J

# In the Matter Of:

*Grace Ocean Private Limited and Synergy Marine PTE Ltd*

---

[redacted]

*June 27, 2025*

---

LEXITAS™

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

In the Matter of the Petition of )
)
GRACE OCEAN PRIVATE LIMITED, ) Civil Action No.
)
as Owner of the M/V DALI, ) 1:24-cv-00941
)
and )
)
SYNERGY MARINE PTE LTD )
as Manager of the M/V DALI, )
)
for Exoneration from or )
Limitation of Liability )
)

VIDEOTAPED DEPOSITION OF

[redacted]

Friday, June 27, 2025; 9:12 a.m. BST

Reported by: Audrey Shirley, QRR, ACR, FBIVR

Job No. 2025-987043

Page 2

Videotaped Deposition of

[redacted] held at the law offices of HFW, 8 Bishopsgate, London, EC2N 4BQ, before Audrey Shirley, Qualified Real-time Reporter, Accredited Court Reporter and Fellow of the British Institute of Verbatim Reporters, beginning at 9:12 a.m. BST, and when were present on behalf of the respective parties:

Page 3

A P P E A R A N C E S

Representing the State of Maryland:

LISKOW & LEWIS APLC
DAVID L. REISMAN, ESQUIRE
JESSIE ELIZABETH SHIFALO, ESQUIRE
R. KEITH JARRETT, ESQUIRE
Hancock Whitney Center
701 Poydras Street, Suite 5000
New Orleans, LA 70139
+1 504-556-4016
dreisman@liskow.com
jshifalo@liskow.com
kjarrett@liskow.com

Representing ACE American Insurance Company:

COZEN O'CONNOR
LAWRENCE F. WALKER, ESQUIRE
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
+1 215-655-6968
lwalker@cozen.com

Page 4

A P P E A R A N C E S (cont)

Representing personal Injury of: Julio Adrian Cervantes, Estates of: Alejandro Hernandez Fuentes, Carlos Hernandez, Miguel Angel Luna:

KREINDLER & KREINDLER LLP
KEVIN J. MAHONEY, ESQUIRE (via Zoom)
485 Lexington Avenue, 28th Floor
New York, NY 10017
+1 212-973-3490
kmahoney@kreindler.com

Representing Vessel Interests:

BLANK ROME, LLP
WILLIAM R. BENNETT III, ESQUIRE
THOMAS H. BELKNAP, ESQUIRE
NEIL P. McMILLAN, ESQUIRE
1271 Avenue of the Americas
New York, NY 10020
+1 212-885-5000
william.bennett@blankrome.com
thomas.belknap@blankrome.com
neil.mcmillan@blankrome.com

Page 5

A P P E A R A N C E S (cont)

Representing American Publishing, Karen Austin, Charles Austin Jr., R.E. West Inc., R. Marine Motor Yacht Sales Pty Ltd., Captain C Logistics LLC, International Trading Solutions Inc., Penn Manufacturing Industries LLC, PMI ENG Exports Private Ltd, and PMI Global Technologies, PVT Ltd.:

LOCHNER LAW FIRM, P.C.
TODD D. LOCHNER, ESQUIRE
Donner Building
91 Main Street, 4th Floor
Annapolis, Maryland 21401
+1 443-716-4400
tlochner@boatinglaw.com

Page 6

A P P E A R A N C E S (cont)

Representing Mayor and City Council of Baltimore:

DICELLO LEVITT LLP
DANIEL R. SCHWARTZ, ESQUIRE
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
+1 312-214-7900
dschwartz@dicellolevitt.com

Representing Consol Energy Inc.:

NILES, BARTON & WILMER, LLP
JOSH B. KEYSER, ESQUIRE (via Zoom)
111 South Calvert Street, Suite 1400
Baltimore, Maryland 21202
+1 410-783-6362
jbkeyser@nilesbarton.com

Page 7

A P P E A R A N C E S (cont)

Representing American Publishing, Karen Austin, Charles Austin Jr., R.E. West Inc., R. Marine Motor Yacht Sales Pty Ltd., Captain C Logistics LLC, International Trading Solutions Inc., Penn Manufacturing Industries LLC, PMI ENG Exports Private Ltd, and PMI Global Technologies, PVT Ltd.:

PENCE LAW FIRM PLLC
JASON P. FOSTER, ESQUIRE (via Zoom)
10 Hale Street, 4th Floor
Charleston, West Virginia 25301
+1 304-345-7250
jfoster@pencefirm.com

Representing Julio Adrian Cervantes, Estates of Alejandro Hernandez Fuentes, Carlos Hernandez, Miguel Angel Luna:

TROUTMAN PEPPER LOCKE
MATTHEW GRIFFIN, ESQUIRE (via Zoom)
401 9th Street, N.W., Suite 1000
Washington, DC 20004
+1 202-220-6927
matthew.griffin@troutman.com

Page 8

A P P E A R A N C E S (cont)

Representing the Longshore Class Action: Gerald Barney Thomas Crawley, Ryan Hale, Tulani Hasan, Donny Jackson, Alonzo Key, Charles Peacock, Douglas Ramos, Damon Davis:

MURPHY FALCON & MURPHY
RONALD E. RICHARDSON, ESQUIRE (via Zoom)
1 South Street, Suite 3000
Baltimore, Maryland 21202
+1 410-429-7413
ronald.richardson@murphyfalcon.com

Also present:

Anand Sashidharan - Chief Legal Counsel, Synergy
Lionel Fernandes - Marine Engineer, TMC Marine

Page 9

I N D E X

| Witness | Examination | Page |
| --- | --- | --- |
| [redacted] | (By Mr. Jarrett) | 12 |
| | (By Mr. Walker) | 242 |

E X H I B I T S

| Exhibit No. | Description | Page |
| --- | --- | --- |
| No. 208 | Document bearing Bates Nos Petitioner_0686186 - '189 | 22 |
| No. 209 | Transcript of NTSB Interview with [redacted] May 30, 2024 | 30 |
| No. 210 | Document bearing Bates No Petitioner_0405747 | 80 |
| No. 211 | Document bearing Bates Nos Petitioner_0351965 - '966 | 84 |
| No. 212 | Document bearing Bates Nos Petitioner_0708581 - '588 | 154 |
| No. 213 | Document bearing Bates Nos Petitioner_0711237 - '239 | 164 |
| No. 214 | Excerpt from Document bearing Bates Nos Petitioner_0709844 | 164 |
| No. 215 | Document bearing Bates Nos Petitioner_0011691 - '704 | 180 |
| No. 216 | Document bearing Bates Nos Petitioner_0707329 - '346 | 200 |
| No. 217 | Document bearing Bates No. Petitioner_0239731 | 294 |
| No. 218 | Document bearing Bates No. Petitioner_0283596 | 297 |

P R E V I O U S L Y   M A R K E D   E X H I B I T S

| Exhibit No. | Description | Page |
|---|---|---|
| No. 94 | Document bearing Bates Nos Petitioner_0012379 - 393 | 50 |
| No. 12 | One-line diagram of generators and switchboards for the Cezanne, the Saltoro and the Dali | 89 |
| No. 16 | Excerpt from NTSB Preliminary Report | 93 |
| No. 99 | Document bearing Bates Nos Petitioner_0092717 - 718 | 117 |
| No. 95 | Document bearing Bates Nos Petitioner_0001637 - 639 | 123 |
| No. 38 | Document bearing Bates Nos Petitioner_0192710 - 712 and Petitioner_0340289 - '290 | 194 |
| No. 13 | Document bearing Bates Nos Petitioner_0013497 - 518 | 217 |
| No. 118 | Document bearing Bates Nos Petitioner_0021755 - 758 | 220 |
| No. 160 | Document bearing Bates Nos Petitioner_0295768 - 770 | 226 |
| No. 190 | Document entitled "Draft - Consolidated Report Inspection of DALI" | 231 |



THE VIDEOGRAPHER: Good morning, we are now on the record.

My name is Wendy Viner, I'm a videographer retained by Lexitas.

This is a video deposition for the United States District Court of Maryland, Northern Division.

Today's date is June 27th, 2025 and the time is 9:12 a.m.

This deposition is being held at the law offices of HFW, 8 Bishopsgate, London, EC3, U.K. in the matter of In re: Grace Ocean Private Limited litigation.

The deponent today is [redacted]

The court reporter today is Audrey Shirley.

All counsel will be noted on the stenographic record.

Would the notary please swear in the interpreter followed by the witness and we can proceed.

CHRISTY MARIAM JACOB, the interpreter herein, was duly sworn to translate from English to Malayalam and Malayalam to English.



[redacted] having been duly sworn, was examined and testified as follows:

JACOB ABRAHAM, the interpreter herein, was duly sworn to translate from English to Malayalam and Malayalam to English

EXAMINATION

BY MR JARRETT:

Q. Good morning, sir.

A. Good morning.

Q. My name is Keith Jarrett. I'm a lawyer for the State of Maryland in a lawsuit that's been brought there and we're here to take your deposition.

Have you ever given a deposition before?

A. No.

Q. Let's start by having you state your name and your residential address, please.

A. Okay. My name is [redacted] and I reside in Kochi, Kerala. My residential address is [redacted].

Q. Can you spell the name of the city where you live, sir?



A. Kochi, K-o-c-h-i.

Q. Kochi, okay. Where -- is that -- that's in India?

A. It's in =-

Q. The Republic of India?

A. -- Kerala Province.

Q. Okay.

A. The State of Kerala.

Q. We have an interpreter today, Christy, who, if we need her, is available to use, but let's see if you and I can communicate without her. Are you okay with that?

A. It's okay for me.

Q. All right. I tried to practice pronouncing your name here before I got here, and I know is [redacted]

A. You can call me [redacted]

Q. You'll be okay if I do that?

A. Yeah, yeah. [redacted] is my family name, so.

Q. Okay, I will -- if I call you [redacted] you won't be insulted?

A. No, I won't.

Q. Okay. Well, thank you for that.

So have you -- have you prepared for

today's deposition?
A. Yes.
Q. Okay. You understand today that this proceeding, although not in a courtroom, is under oath just as if it was before a judge or a jury?
A. I understand.
Q. And do you understand that today's format is I will ask you questions, you'll give me your answers under oath and we'll proceed through the day in that fashion. You understand that?
A. Can you repeat the first word you told me?
Q. Sure. Do you understand today that I will be asking you a series of questions and you'll be giving me your answers?
A. I understand.
Q. Part of the process is you have to say your answers out loud. You understand that?
A. I will try my best.
Q. Yeah, and I'll --
A. I will --
Q. -- I will try to help you if I see that you need reminding.
A. Okay.
Q. It's also important that you let me finish my question before you give your answer. Will you



try to do that?
A. I will do that.
Q. And it's also important that I let you finish your answer before I ask the next question, and I'll try to do that.
A. Okay.
Q. All right?
A. Yeah, all right.
Q. So tell me, please, what company you work for?
A. I work for Synergy.
Q. Synergy?
A. Yeah.
Q. Do you know the specific subsidiary of Synergy that you work for?
A. I work for Synergy Maritime Private Limited.
Q. Synergy Maritime Private Limited.
And in order to get ready for today's deposition, what did you do?
A. I had one -- a one-day session, one-and-a-half-day session with the -- my lawyers.
Q. Of course. And did you review documents?
A. A few of the exhibits.
Q. Okay. And did you meet with any other



people besides the lawyers?
A. Can you repeat?
Q. Sure.
A. For example?
Q. Did you meet with any other people besides the lawyers?
A. Yeah, my colleagues.
Q. Which of your colleagues did you meet with?
A. Mr. Melroy and --
Q. Mr. --
A. -- Vishal.
Q. You said Melroy, that's Captain D'Souza.
A. Captain Melroy. Captain, yeah, yes.
Q. Okay, who else?
A. Mr. Vishal.
Q. That's Mr. Prabhu?
A. Yeah, Prabhu.
Q. And did you meet with Mr. Nair?
A. No.
Q. Did you meet or speak with any of the crew of the Dali?
A. No.
Q. Did you meet with or speak with anybody who's back in India?



A. You mean to -- during this time?
Q. Yes.
A. After coming to London?
Q. Yes.
A. With my family.
Q. I don't mind that --
A. Other than -- other than that no -- nobody.
Q. Any co-workers at Synergy?
A. Co-workers at Synergy? I spoke to my -- my manager.
Q. Who is your manager, sir?
A. Mr. Joseph Peter.
Q. Can you say it slowly, please?
A. Joseph, Joseph Peter.
Q. Can you spell his last name?
A. J-o-s-e-p-h, P-e-t-e-r.
Q. Joseph Peter, okay, got it.
I saw from your file that you are a technical superintendent?
A. That is right.
Q. I think you -- specifically you're a senior technical superintendent; is that right?
A. I'm assistant technical manager.
Q. Assistant technical manager. Does an

assistant technical manager have the same job duties as a technical superintendent?
A. Yes.
Q. And what is the job title of the person who is senior to you?
A. Technical manager.
Q. Technical manager. And is the technical manager Joseph Peter?
A. He was a technical manager earlier, now at present -- yeah, one of the ship I'm looking after, he is the technical manager, yeah. And ...
Q. You said you spoke with your superior, Joseph Peter, so why did you choose him to speak with?
A. Just to inform that, nothing official.
Q. Did you discuss things that might be -- that might happen at today's deposition?
A. No.
Q. Before you came to England, did you do any preparation for the deposition?
A. Nothing specific.
Q. I'm sorry?
A. No, no.
Q. No. Before you came to England, did you review any documents that we might be talking



about today?
A. I just -- I just brushed up to my SMS.
Q. Sure. You brushed up by looking at what?
A. Looking at the -- just all the -- I mean, both the manuals, the technical manual.
Q. The technical manuals?
A. Yeah.
Q. That's Synergy's technical manuals?
A. Yes.
Q. Did you look at any email traffic?
A. Email traffic? Can you be more specific?
Q. Sure. In your preparation in India, before you came to England, did you look at any emails that are dealing with technical issues or the Dali?
A. Specifically not.
Q. All right. Have you traveled to the United States at all since the incident involving the Dali?
A. Since the incident -- can you repeat the question?
Q. Yes. You know that this lawsuit involves the Dali's allision with the Francis Scott Key Bridge in March of 2024.
A. Yes.



Q. Do you know that?
A. I know that, yes.
Q. Have been to the United States since that time?
A. No, I have not.
Q. In connection with the Dali incident, have you given any statements or interviews with officials from the country of Singapore?
A. With the Singapore officials? No.
Q. Since the Dali incident, have you given any statements or interviews to any individuals within the Republic -- government officials within the Republic of India?
A. Officials? No.
Q. Since the incident involving the Dali, have you been interviewed by or given any statement to ClassNK?
A. There was one interview with the NTSB.
Q. I have a copy of that, I'm going to make that an exhibit.
A. The ClassNK representatives were there.
Q. Well, your point is that a ClassNK representative was part of that interview.
A. Correct.
Q. Has anyone suggested to you that you are



involved with any investigation that's going on in the United States?
A. Yes.
Q. What in -- what information do you have about that?
MR. BENNETT: Just note my objection. I'm going to direct the witness not to answer, that's attorney-client privilege.
BY MR. JARRETT:
Q. Does the information that you have come from a lawyer?
A. Yes.
Q. Okay. Have you received any formal or informal assurances of immunity from prosecution in the United States?
MR. BENNETT: Just note my objection. I direct the witness not to answer on the basis of attorney-client privilege.
MR. JARRETT: I don't -- I don't think that is privileged information, whether he has been given assurances by the government about prosecution or non-prosecution.
MR. BENNETT: You can take it up with the court.
MR. JARRETT: Let's pull up this exhibit

Page 22

if we could, Jessie.

MS. SHIFALO: Shall I mark it?

MR. JARRETT: Yes, Let's mark it.

MS. SHIFALO: Josh, can you pull up document A.

([redacted] Exhibit No. 208 was marked for identification.)

BY MR. JARRETT:

Q. [redacted] if you look at what -- what we -- what did I mark that?

MS. SHIFALO: 208.

BY MR. JARRETT:

Q. At Exhibit 208.

A. Okay.

Q. I think you'll recognize it. Is that your CV?

MR. BENNETT: Read the entire document.

THE WITNESS: Yes, this is my CV.

BY MR. JARRETT:

Q. It's your CV, all right.

When was that written, sir? Was that -- let me ask --

A. This was --

Q. -- a different question because I think I can move it along quicker.

Page 23

Was that a CV you submitted to Synergy in connection with your interview process?

A. Yes. This is the one I submitted to Synergy.

Q. And if -- I think I saw from your file that you joined Synergy in 2015?

A. Yes.

Q. Had you worked for Synergy before that time in any capacity?

A. No.

Q. When you were sailing as an engineer at sea, did you sail on any Synergy-managed vessels?

A. No.

Q. And I saw from this CV that you have a bachelor's degree in engineering; is that right?

A. Correct.

Q. And then you have -- you -- did you take any courses in marine engineering?

A. Yeah, I did six months pre-sea training in marine engineering.

Q. Pre -- I see that here, six months of pre-sea training in Mumbai.

A. Correct.

Q. And after you did -- after you did that six months of training, did you sit for and take

Page 24

an examination?

A. No, after that I went for sailing.

Q. You went for sailing. But in what -- in what capacity?

A. Trainee marine engineer.

Q. Trainee marine engineer. How long did you sail in that role?

A. Approximately six months.

Q. After that period of time did you sit for an examination?

A. No, after that I sailed as fifth engineer.

Q. Do you need a -- do you need to take an examination --

A. No.

Q. -- to do that?

A. No.

Q. You do not?

A. No. After fifth engineer.

Q. If you want to advance above a fifth engineer you have to take an exam?

A. Correct.

Q. And who administers the exam?

A. Who conducted the exam?

Q. Yes.

A. It's by the government of India.

Page 25

Q. And how many times did you upgrade your license?

A. Two times -- no, no, three times.

Q. Tell me, you went from fourth engineer?

A. Fourth engineer. After getting my fourth engineer's certificate I sailed as a fourth engineer for two -- two contracts and then third engineer for two contracts. Then I went for Class 2 for second engineer's examination. After second engineer's examination, after two contracts, I went for chief engineer's examination.

Q. And did you pass?

A. I passed.

Q. And what year did you obtain your chief engineer's license?

A. Can you repeat?

Q. Yes, sir. What year did you obtain your chief engineer's license?

A. 2010.

Q. 2010. And when did you join Synergy Marine?

A. I did not join Synergy Marine.

Q. I said when?

A. I joined Synergy in 2015.

the crews would use generators 3 and 4 --
A. They have --
Q. -- on the flushing pump in combination with generators 1 and 2.
A. Either 3 or 4, if running two generators, 1 and 3, 1 and 4 or 2 and 3, 2 and 4.
Q. Perfect.
A. Yes.
Q. One on -- one on one side of the bus and one on the other --
A. The bus.
Q. -- side of the bus; right?
A. Yeah.
Q. And it's also true that prior to the Dali incident there was no company policy dealing with the use of the flushing pump.
A. Flushing pump was not that significant to -- for a policy. There's so many pumps on board. How many -- each individual pump won't need a policy.
Q. I get your answer. I think you -- what you mean to say is, "No, we didn't have a policy and that's because we didn't consider it significant enough to warrant a policy." Is that your -- what you're telling me?



A. No, it's just another pump on board.
Q. I get it. But I need you to answer my question. First was, my question was you didn't have a policy and I think you agree with me on that. Your point is that, "There's lots of pump pumps, we don't have policies for lots of pumps."
A. No, it's not that way -- you're -- it's not that way. You see, there are people on board. There are people on board who are trained, who has -- who are competent enough to operate the system. This is my understanding.
Q. I get it.
A. Sorry, yeah.
Q. Your point is that they should be knowledgeable enough to know better?
A. They should be knowledgeable enough to know.
Q. Yes.
A. Yeah.
Q. But my point is only -- it's a simple question -- there was no company policy about how to use or not use the flushing pump?
A. Yeah, I'm not aware of that.
Q. And I'm just -- I'm just asking you what you told the NTSB.



A. Yeah.
Q. You told them there was no policy.
A. Yeah, okay.
Q. Is that right?
A. Yeah.
Q. When you learned that the Cezanne and the Saltoro were sometimes using the flushing pump as a fuel service pump for generators 3 and 4, what did you do?
A. I told -- I told them to stop using that, and put a notice.
Q. And put a -- and did what?
A. Put a notice not to use it.
Q. Put a notice not to use it?
A. Yeah, yeah.
Q. So how did you convey that instruction?
A. By phone.
Q. Who did you speak to?
A. Chief engineers.
Q. And -- on both vessels?
A. Both vessels.
Q. And gave that advice?
A. Yes.
Q. And when -- after doing that, how did you make sure future people would know to do that?



A. That is why the notice -- told them to place the notice.
Q. What kind of notice are we talking about? A --
A. Do not start flushing pump for, yeah, generators, operation of generators. Something like that, yeah.
Q. A placard on the wall near the pump --
A. Yeah, yeah.
Q. To say that --
A. Where they can see about it.
Q. So that people would know not to do that?
A. Right.
Q. Did you put anything in writing?
A. No.
Q. Did any sort of fleet-wide alert go out about that within Synergy?
A. No, still there was discussion regarding that, so I'm not aware of any fleet-wide alert.
Q. I notice we've seen -- I was talking to Mr. Prabhu that oftentimes when there is an incident that is a -- of significance that the QHSE department subsequently publishes a bulletin that goes out to the whole fleet. Are you familiar with that process?

Page 150

A. Yes.
Q. Did that happen with respect to the Dali incident?
A. I cannot recollect. There were a few circulars if I -- I cannot be sure about it. But, yeah, this one, flushing pump, from my side I informed these two vessels.
Q. It's my appreciation that after your interview with the NTSB, that some months later when the Saltoro called on the United States it was boarded by the Federal Government.
A. Correct.
Q. And I also believe that when they boarded the vessel they discovered that the flushing pump was still in use.
A. You mean to say our vessel went to United States?
Q. I heard that the Saltoro --
A. No.
Q. -- that the flushing pump was in use --
A. No.
Q. -- when they investigated the Saltoro.
A. No.
Q. Is that not right?
A. Not right. According to me it's not

Page 151

right.
Q. As I appreciate your interview with the NTSB, you were unaware of the flushing pump and how it was being used aboard the Cezanne and the Saltoro.
A. Right.
Q. Had you not been on the vessel yourself?
A. I've been on the vessel.
Q. How often do you go aboard the vessel?
A. Twice in a year.
Q. And so how long have you been in charge of the Cezanne?
A. Since 2019.
Q. So, between 2019 and 2024, you would have been on the vessel at least ten times.
A. Between COVID was -- during COVID time we could not go on board.
Q. With the exception of the COVID.
A. Yeah.
Q. So that it would have been fewer. How many fewer times did you go on board? Tell me the number of times you've been on the Cezanne.
A. I can say maybe around -- around five to six times.
Q. And how many times have you been on the

Page 152

Saltoro?
A. About the same.
Q. And every time you're aboard the vessel, was it for the purposes of doing a vessel inspection?
A. Right.
Q. And so that means you spend about a week, at least a week aboard the vessel?
A. Not necessarily. There is one port inspection and one sailing inspection aboard.
Q. Okay. And how long is the port inspection?
A. Port inspection, one day -- maximum one or two days.
Q. One or two days.
A. Yeah.
Q. How about for a sailing inspection? How long is those?
A. A sailing, four to five days.
Q. Four to five days?
A. Can be more, yeah.
Q. And those sailing inspections, that's when you take that template, the vessel inspection template that Synergy generates, and you go through the vessel and do the tasks that are

Page 153

outlined in the --
A. For both the inspections.
Q. For both inspections?
A. Yes.
Q. There is a template for a port inspection that's different from the -- from the sailing inspection?
A. At that time it was same. Both the same. Yeah, it was same, it was same. Same template.
Q. Same template. But on a port inspection, if the vessel is not underway, much of the -- much of the -- what's in the template is not applicable.
A. Not applicable, yes.
Q. Is that right?
A. Right.
Q. But when the vessel is underway, there's a whole series of things that the --
A. Right.
Q. -- that the inspector is supposed to do; correct?
A. Right.
MR. BENNETT: [redacted] the court reporter needs to take down everything you're saying, and you're --

Page 154

THE WITNESS: I'll let -- okay.
MR. BENNETT: -- cutting him off. Let him finish and then you can answer.
I saw your face.
THE WITNESS: Sorry.
MR. BENNETT: I remember that face when I was ten.
BY MR. JARRETT:
Q. Let me show you, [redacted] what we're marking as Exhibit 212.
MS. SHIFALO: Josh, can you pull up document S.
([redacted] Exhibit No. 212 was marked for identification.)
BY MR. JARRETT:
Q. You'll see this is an email thread from August of 2022. The email thread is between the SMARTShip configuration desk --
A. Yes.
Q. -- and the Cezanne with copies to you.
A. Yes.
Q. Have you seen this document before today? Did you look at it in preparation for the deposition?
A. I've seen this.

Page 155

Q. All right. And this is where the SMARTShip configuration desk is trying to do some validation of fuel oil arrangements --
A. That's --
Q. -- measurements; right?
A. They were install -- they were -- okay, they were installing mass flowmeter.
Q. Flow meters?
A. Yes.
Q. That's an MFM?
A. And MFM, yes.
Q. And they were trying to do some calibration of those and they were trying to compare their data with the actual ship's measurements of the data?
A. No, not like that. Yeah, they're calibrating it --
Q. They're calibrating.
A. -- for process of installation.
Q. And so they couldn't figure out the information they were getting from the ship; isn't that right?
A. Can you rephrase the question? Can you rephrase the question?
Q. Sure. The SMARTShip configuration desk

Page 156

was having difficulty interpreting the data that the Cezanne was sending them.
A. They were -- they wanted some clarification, yeah.
Q. And they asked specifically in that sort -- in that back-and-forth to -- for the ship to provide the operating procedure for the flushing pump; right?
A. Yes.
Q. And that gets us to the first page of the document, the top page, in which the vessel advises SMARTShip, with a copy to you, that the flushing pump is being used often. Do you see that? Sir, do you see that?
A. Flushing pump is not used often.
Q. Well, let's read it together. This is from the ship back to the SMARTShip configuration desk on August 5, 2022, and the ship writes:
"Dear Sir,
"Good day,
"Please find the details as requested.
"1) To run all the 4 [generators] in Diesel oil line, AE Flushing pump will be used."
Do you see that?
A. Yeah. Yes, I have seen it.

Page 157

Q. What they're telling you is whenever they're using the clean fuel, the flushing pump is being used. Do you see that?
A. Whenever is not mentioned here.
Q. "To run all the" --
A. To run a flushing pump, that is one purpose of the flushing pump according to them, to run the diesel oil line, that is for the flushing. Can be of any purpose.
Q. The flushing pump is to flush the line --
A. Yeah.
Q. -- to run when --
A. No, without running, how can you flush the line?
Q. You flush the line and you change back over to the existing fuel oil service and booster pumps.
A. Yes.
Q. That's how it's supposed to work; right?
A. Yes.
Q. And -- but you know that's not what they were doing?
A. No --
MR. BENNETT: Just note my objection to the form of the question.

Page 158

You can answer.
THE WITNESS: -- this -- from this, I cannot -- how can one make out that?
BY MR. JARRETT:
Q. Flushing -- the number -- the second point here is that the:
"... Flushing pump inlet and outlet flowmeters are aligned for all 4 [generators]."
A. Right.
Q. And the problem with the data that the SMARTShip configuration desk was getting is that they weren't able to understand that the flow meters on either side of the flushing pump were capturing the fuel quantity data?
A. Can you phrase -- rephrase the question?
Q. Sure. The problem that they were having at the SMARTShip configuration desk --
A. Mmm.
Q. -- is that they -- is that they couldn't make sense of the flowmeter data on either side of the flushing pump; right?
A. No, they're having a lot of concerns here. They're -- they're trying to calibrate the system with each and every flowmeter.
Q. Isn't this email telling the configuration

Page 159

desk and you that the crew was using the GE flushing pump to run all four generators when operate -- operating on LSMGO?
A. No. This is -- this is telling that this one -- if you read the previous mail, they're trying to understand what -- what -- what -- in what condition the oil through the flushing pump line reaches the generator because they have fitted a flowmeter there.
Q. Did you --
A. So -- so that -- can I -- can I continue?
Q. Yes, of course, I want you to.
A. So the flushing pump in this particular scenario, the flush -- they're telling one purpose of flushing pump is to pass diesel to all the diesel engines, generator engines.
Q. And did you call the Cezanne when you got this email so that you could understand it? Because it looks to me like they're using it in operation as a service pump.
A. No, because this is -- you -- you -- the mindset of post-Dali and pre-Dali incident is totally different.
Q. So you're tell --
A. Okay? So this is a normal thing, the

Page 160

flushing pump, using a flushing pump to flush the system to put the diesel oil to the generators. It's a normal thing. So I don't think -- I don't even recall this mail during that time.
Q. So what you're telling me is that when you received this email back in 2022, it did not give rise to any concern on your part?
A. Yes.
Q. And you did not do any follow-up to this email?
A. Yes.
Q. Is that -- am I right?
A. Yes. I do not think that it is that significant to be followed up.
Q. I understand your question [sic]. So you did not follow up because you didn't think it -- didn't deem it significant?
A. Yeah.
MR. JARRETT: Can we put -- get this draft --
THE WITNESS: And to add on that, this does not even say that they're using only flushing pump.
BY MR. JARRETT:
Q. Yeah, and the word "only" is never there.

Page 161

A. Yeah.
Q. What they say is that:
"To run all the 4 GEs in Diesel oil line, [the] AE Flushing pump will be used.
"To run the GEs from the HSFO fuel line to LSMGO fuel line, Flushing pump is being used."
That's what they say.
A. That is what they're changing over, yeah. That is the changing over, basically.
Q. And you don't -- and you did not interpret that to mean they were using it in regular service.
A. Yes.
Q. Am I right?
A. Does not mean that they're using regular service.
Q. Right, and my point is you did not -- you did not take from that language that they were using the flushing pump in regular service.
A. Correct.
Q. When you spoke -- when you spoke to the crews of the Cezanne and the Saltoro after the Dali accident, did you find out how long they had been using these flushing pumps in the manner that we described earlier?

Page 162

A. How long? Like, they did not say because each chief engineer is only sailing for part of the -- yeah, four months.
Q. Each chief engineer is doing what the chief engineer who preceded him is doing; right?
MR. BENNETT: Just note my objection to the form of the question.
You can answer.
THE WITNESS: How long? I'm not -- I was not able to understand from this --
BY MR. JARRETT:
Q. And do you --
A. -- how long they're using.
Q. Do you know whether they were using the flushing pump improperly back in -- now, I'm talking about, not at the time -- have you learned, as you sit here today, that back in 2022 they were using the flushing pump improperly?
A. You mean to ...
But "improperly" means -- I don't understand "improperly," what do you mean by "improperly"?
Q. Right, so, we know from your NTSB interview --
A. Uh-huh.

Page 163

Q. -- that they shouldn't have been using the flushing pump in the way they were using it; right?
A. Right.
Q. And that's why you told them to change. You told them to stop it; right?
A. Right.
Q. How long had they been using the flushing pump in a way that you did not approve of?
A. That exact duration, I did not take, yeah.
Q. And do you know whether they were doing it that way in 2022?
A. I -- no.
Q. Do you know? Yes or no?
A. No.
Q. No. Do you know whether they were using the flushing pump in a way that you disapproved in 2023?
A. They have been using -- that is what they have told me, that they have been using it for some time. But how long the time interval and all I did not check.
Q. Okay. When you asked them why they were doing that, I understood from your testimony that you did not get a convincing answer.

Page 164

A. Yeah. That's right.
Q. But you -- I think your expression was, it was your supposition or your perception that they were doing that because it made their job easier.
A. Yes, that is what I told.
MR. JARRETT: I want to show you now another document that we've marked for identification as Exhibit 213.
([redacted] Exhibit No. 213 was marked for identification.)
MS. SHIFALO: Josh, can you pull up document T.
MR. JARRETT: At the same time I'm going to mark the next exhibit.
What did we mark that one, 213?
MS. SHIFALO: Yes.
MR. JARRETT: And let's mark -- we're going to mark another exhibit. And we'll mark this spreadsheet as Exhibit 214 because they go together.
([redacted] Exhibit No. 214 was marked for identification.)
MR. BELKNAP: Did the right marking cut off on the exhibit, because our copy is ...
MR. JARRETT: Yes, that's the way I --

Page 165

that's the way it was produced to us.
MR. BELKNAP: I doubt that.
MR. BENNETT: I'll just note for the record that that's an incomplete -- it appears to be an incomplete graph on Exhibit 213.
MR. JARRETT: I will agree with you that it appears to be incomplete.
MR. WALKER: And for the record, that's my understanding of how that was produced.
MR. BELKNAP: I'm guessing it was because it was printed on A3.
MR. WALKER: The Petitioner numbers -- the Petitioner numbers the document means it was not a native, so ...
MR. JARRETT: Yeah, I'm going to recite -- I'm going to recite that Exhibit 213 it bears Bates numbers '0711237 to '239.
BY MR. JARRETT:
Q. Do you see Exhibit 213, sir?
A. Yes.
Q. It is an email to you from August of 2023. Do you see that?
A. Yes.
Q. And it comes from a person named Praveen Vijayan. V-i --

Page 166

A. Yes.
Q. -- j-a-y-a-n. Do you know if that's a man or a woman.
A. It's a man.
Q. It's a man.
A. Yes.
Q. Mr. Vijayan, where is he?
A. From this mail, I understand he's executive of QHSE.
Q. He's a QHSE executive?
A. Yeah.
Q. Do you know him personally?
A. No.
Q. And he's asking for you to classify some incidents in accordance with the SMS.
A. Okay.
Q. Yes?
A. Yes.
Q. And the incident I want to talk about is the second one down on that page that occurred on December 9 of 2022. Do you remember that incident?
It might help you, [redacted]
A. Yeah.
Q. -- if you look at the next exhibit because

Page 167

I think there is more explanation.
Mr. Jayesh --
A. Yeah.
Q. -- do you remember the incident, the second one on the first page, from December 9, 2023 -- I'm sorry, December 9, 2022, involving the Saltoro?
A. No, this -- this incident I exactly don't recall because it happened in '22.
Q. Okay, but I think the --
A. I can't -- yeah.
Q. -- I think the --
A. But I have gone through this recently.
Q. I think the next exhibit will help you recall it. Let's -- I think the exhibit we've marked it as Exhibit 214. I think for the record it's a part of a spreadsheet that was Petitioner Document '0709844.
A. "After filter maintenance ... [number] ..."
Yeah.
Q. If you slide -- if you're looking at Exhibit 214, [redacted] --
A. Yes.
Q. -- just slide your finger down to the one

Page 168

that's ...
MR. WALKER: I'm sorry, he said something, and it was inaudible on the transcript.
Can you repeat what you said, sir?
THE WITNESS: Yeah, I was just reading "After the filter maintenance ..."
BY MR. JARRETT:
Q. I didn't understand the answer either. Say that again.
A. So "Aft ... " -- I'm just reading it out. Number -- the highlighted one.
Q. You're reading the highlighted one?
A. Yeah.
MR. BENNETT: He started out saying, "After filter maintenance," which is the description highlighted in yellow on the document.
MR. JARRETT: I see now.
MR. WALKER: I understand now.
MR. JARRETT: Understood. Thanks.
BY MR. JARRETT:
Q. And in fact the description is exactly what I want to talk about. So I'm going to read the description into the record for that incident of December 9, 2022 --
A. Okay.

Page 169

Q. -- so we all know what we're talking about. The description in this document, Exhibit 214, says:
"After filter maintenance on [No.] 2 A/E, it was tried out and running on load for 20 [minutes]. Suddenly L.O pressure ... alarm received. Local reading showed normal value (4.2 bar). Duty [engineer] started [No.] 3 A/E as fail safe measure and at the same time, suddenly Black out occurred. [No.] 3 A/E taken on load but again black out occurred as the A/E was in MGO flushing pump. [No.] 1 A/E had auto started but went to cooling mode after [No.] 3 A/E came online."
You see that?
A. Yes.
Q. So I -- before we talk about the substance, let's just make sure I understand all the abbreviations. When there is the -- an "A/E," that means auxiliary engine?
A. Yes.
Q. And that means the engine running the generator; right?
A. Yes.
Q. And where this says "L.O pressure," that means lube oil pressure; right?

Page 170

A. Yes.
Q. And when it says "bar," it's talking about a pressure reading; right?
A. Correct.
Q. A bar is one atmosphere?
A. Little above one atmosphere, one --
Q. Sorry?
A. Little -- little above one atmosphere.
(Court reporter clarification.)
THE WITNESS: Yeah, a little -- little above one atmosphere. You can consider it as one atmosphere, yes. You can consider it just one atmosphere.
BY MR. JARRETT:
Q. And so what this description is telling us is that on December 9 of 2022, while underway, the Maersk -- the Maersk Saltoro had a blackout.
A. Correct.
Q. And, in fact, it had two blackouts.
A. Yes.
Q. And the second blackout -- the first blackout was caused by a low fuel oil -- lube oil pressure reading; right?
A. Okay.
Q. Yes?

Page 171

A. Correct.
Q. And the second blackout was caused by use of the flushing pump; right?
A. The second blackout was -- it's not like that. In one line if you read, you can interpret that way, but it's not like that.
Q. Meaning it's not clear to you. Is that what you mean?
A. Yes.
Q. Because it says:
"[No.] 3 A/E taken on a load -- taken on load but again black out occurred as the A/E was in MGO flushing pump."
You see that?
A. Okay.
Q. So it's telling you the cause of the second blackout was the flushing pump. That's easy to read.
A. No, but that --
MR. BENNETT: Just note my objection.
THE WITNESS: -- is what mentioned here.
BY MR. JARRETT:
Q. That is what is mentioned there.
A. Yeah, but it is not the cause.
Q. Well, I'm going to ask you about that.

Page 172

A. Yeah.
Q. Am I correct that if the Saltoro's second blackout as described in this Exhibit 214 was caused by the flushing pump, that's the identical cause of the second blackout on the Dali on March 26 --
A. No.
Q. -- 2024?
A. It's not identical.
Q. It's not identical?
A. No.
Q. Let me ask the question again. If the flushing pump was the cause of the second blackout on the Saltoro on December 9, 2022, is it also true that the flushing pump was the cause of the second blackout on the Dali on March 26, 2024?
A. I disagree with first case.
Q. You disagree with the first case?
A. It's not the flushing pump.
Q. It's not a flushing pump problem?
A. No, the flushing pump was not the cause for Saltoro.
Q. Okay. And you -- is that because you did an incident investigation?
A. Yeah.

Page 173

Q. And did you put that incident investigation in writing? Because I haven't seen it.
A. No, it's not in the -- I've not put that as incident investigation regarding the flushing pump, but I did not -- it's not the cause.
Q. I --
A. Can I -- can I explain?
Q. Yeah, let me ask you a question first. I want you to explain. Is that because -- do you have that opinion because you did an investigation?
A. Yes.
Q. Okay. And did you put that investigation in writing?
A. No.
Q. Did you do the investigation at or about December 9, 2022?
A. Yes.
Q. And isn't it true -- and we'll look at it in a minute -- that whenever a ship in the Synergy fleet has an unexpected blackout, that is a significant Level III or above incident that requires a written investigation?
A. In that re -- I -- in that defect

Page 306

Q. -- if they both, auxiliary side and main engine side, have the same bar pressure being put out by the pumps on them, and the piping going into the auxiliary engine is smaller, would that make the fuel oil pressure higher or lower at the auxiliary engine inlet? It would make it higher; right?
A. Right. Depends on the pressure-regulating valve setting also.
Q. [redacted] --
A. Yeah.
Q. -- listen to my question.
A. Okay.
Q. If the --
A. No, that --
Q. Just for --
A. Yeah.
Q. -- purposes of the argument, if the pressures are the same on the pumps on the auxiliary side and the same as they are on the main engine side, but you have a smaller diameter pipe at the auxiliary engines, would that drive the pressure up or down --
A. No, there is --
Q. -- on the auxiliary side?

Page 307

A. -- there is one more pressure-regulating valve setting. It's --
Q. Can you answer the question I asked?
A. Like, I -- before answering the question I need to tell that there is a pressure-regulating valve also included in the line.
Q. Yeah. I want to just know my -- the answer to my question.
A. Yeah.
Q. Putting aside whatever the pressure setting is -- we can get to that later --
A. Mmm.
Q. -- just generally in the question, if the line going into the generators is smaller than the line going into the main engine, would you expect that to drive the pressures up or down?
A. But that question does not make any sense without considering the pressure-regulating valve. The pressure-regulating valve is where the pressure is set.
Q. Where's the pressure-regulating valve?
A. Here down, you can see.
Q. Where is it?
A. It was more --
Q. Let me ask you this question. Is there

Page 308

a pressure-regulating valve on the flushing pump line?
A. Let me check.
Q. So there's no pressure regulator between the flushing pump and generator 3 and 4; correct?
A. I can see one here which -- I don't know.
Q. On the flushing line?
A. Yeah, we can say that.
Q. I'm sorry? I didn't hear you.
A. I cannot -- I cannot find one here.
Q. So there is no pressure regulator that you can find on this drawing between the flushing line and the inlet for the generators 3 and 4; is that correct?
A. Yes.
Q. Right. So, again, if we were using the flushing line for an example and you were using whatever the bar pressure is on the flushing pump as an example is 6 bar; correct? Do you see it up here? [redacted]
A. Yeah.
Q. It's "6 KG/CM2." Right?
A. Okay.
Q. That's 6 bar; correct?
A. Yes.

Page 309

Q. So if we were running, for example, 6 bar on the flushing pump and you had, say, on the main engine side just running the circulating pump that is also 6 bar but you have a smaller -- and they're both pumping into a 100A size pipe but then the pipe size gets smaller on generators 3 and 4, would you expect the pressure to be higher or lower on the auxiliary side than the main engine side?
A. Pressure will be the same.
Q. They should be the same; is that right?
A. No ...
Q. Sir, listen to my question.
A. Yeah, yeah.
Q. Two pumps both pumping at 6 bar.
A. Mmm.
Q. One goes to the main engine inlet --
A. Yeah.
Q. -- on the same exact size pipe as the auxiliary side that's using a flushing pump that's also 6 bar but then the pipe gets smaller at the auxiliary engine. Would you expect to see the pressure higher on the auxiliary side or higher on the main engine side if both pumps are 6 bar? Or would it be the same?

Page 310

A. Depends upon the pump's pressure there should be -- yeah, little bit less.
Q. And if it's pumping at the designed pressure of six on both sides, what would you expect to see? The same? Or would you expect it to be higher on the auxiliary side because the pipe gets --
A. There's so many other -- we cannot just --
Q. -- because the inlet -- the inlet gets smaller at 3 and 4?
A. We cannot just generalize like that. We cannot just generalize like that.
Q. So, in other words, if you are getting auxiliary engine reports that have fuel oil pressures on them, you can't generalize, you actually -- you actually have to look into the information to find out whether the pressures that you see on there are accurate or proper; right? You have to know more?
A. But why -- why somebody has to go that deep for a fuel oil pressure report? Being a superintendent, why -- nobody goes such deep and analyze -- okay, after Dali we were thinking all these things, backtracking after the Dali incident. Before that, okay, there is vessel,

Page 311

it's running with minimum fuel oil pressure but performing well with all the temperature, everything is going good. Then why -- why should a superintendent go such a deep into these type of systems?
Q. So you wouldn't go deep? You wouldn't look --
A. I would not go deep.
Q. Okay. So when you get auxiliary engine reports every month that have data on them, you don't look at it?
A. I'll generally check, yeah, okay, performance is okay, all the -- all the exhaust -- I mean exhaust temperature readings are okay, and -- if any -- any -- anything, then only I go deep.
Q. How do you know it's good if you don't look deep into it?
A. That is why the chief engineer is there for, then why should I -- why should I believe the chief engineer? What is he doing there on board?
Q. Well, why do you get the reports if -- if ...
A. That is to ensure that he's doing it, regularly taking it.
Q. So the reason for the reports is to make

Page 312

sure that the chief engineer is doing his job?
A. Yes.
Q. Okay. The reason for the reports is not for you to check on those reports --
A. That depends upon the superintendent, yeah.
Q. Just let me finish, sir.
A. Yeah.
Q. Let me finish.
A. Okay.
Q. What you're saying is you're not supposed to read those reports carefully to make sure that the equipment is operating properly. Is that what you're telling me?
A. Yes.
MR. WALKER: Okay. How much time.
THE VIDEOGRAPHER: One hour three minutes left.
MR. WALKER: Three minutes?
THE VIDEOGRAPHER: One hour three minutes.
MR. WALKER: One hour. Oh my goodness.
MR. BELKNAP: If you're thinking you might need any significant portion of that, this might be a good time to take a five-minute break.

Page 313

MR. WALKER: Maybe we'll take a break to find out if I need any of it.
MR. BELKNAP: Okay.
MR. BENNETT: All right, why don't we do that.
MR. WALKER: Yeah.
THE VIDEOGRAPHER: We're going off the record. The time is 4:27.
(Brief recess taken 4:27 p.m. - 4:40 p.m.)
THE VIDEOGRAPHER: We are back on the record. The time is 4:40.
MR. WALKER: [redacted] I have nothing further for you. Thank you --
THE WITNESS: Thank you.
MR. WALKER: -- for your time, I appreciate it.
THE WITNESS: Thank you.
MR. WALKER: Does anybody online have any questions because the people on the room here are done?
Going once. Going twice.
(Off-the-record exchange.)
MR. WALKER: Thank you, sir. I appreciate it.
THE VIDEOGRAPHER: This concludes the

deposition. We are going off the record. The time is 4:41.

(The deposition was concluded at 4:41 p.m.)

- - - - - - - - - - -



ACKNOWLEDGMENT OF DEPONENT

I, [redacted] do hereby acknowledge that I have read and examined the foregoing testimony, and the same is a true, correct and complete transcription of the testimony given by me and any corrections appear on the attached Errata sheet signed by me.

Signature Date



CERTIFICATE OF COURT REPORTER

I, AUDREY SHIRLEY, Qualified Realtime Reporter, Accredited Court Reporter and Fellow of the British Institute of Verbatim Reporters, the officer before whom the foregoing virtual deposition was taken, do hereby certify that the foregoing transcript is a true and correct record of the testimony given; that said testimony was taken by me stenographically and thereafter reduced to typewriting under my supervision; and that I am neither counsel for or related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

IN WITNESS WHEREOF, I have hereunto set my hand this 3rd day of July 2025.



Audrey Shirley, QRR, ACR, FBIVR