# EXHIBIT M

# In the Matter Of:

*Grace Ocean Private Limited and Synergy Marine PTE Ltd*

[redacted]

*June 27, 2025*

LEXITAS™

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

In the Matter of the Petition of )
)
GRACE OCEAN PRIVATE LIMITED, ) Civil Action No.
)
as Owner of the M/V DALI, ) 1:24-cv-00941
)
and )
)
SYNERGY MARINE PTE LTD )
as Manager of the M/V DALI, )
)
for Exoneration from or )
Limitation of Liability )
)

VIDEOTAPED DEPOSITION OF

[redacted]

Friday, June 27, 2025; 9:12 a.m. BST

Reported by: Audrey Shirley, QRR, ACR, FBIVR

Job No. 2025-987043

A. Yes.
Q. And when it says "bar," it's talking about a pressure reading; right?
A. Correct.
Q. A bar is one atmosphere?
A. Little above one atmosphere, one --
Q. Sorry?
A. Little -- little above one atmosphere.
(Court reporter clarification.)
THE WITNESS: Yeah, a little -- little above one atmosphere. You can consider it as one atmosphere, yes. You can consider it just one atmosphere.
BY MR. JARRETT:
Q. And so what this description is telling us is that on December 9 of 2022, while underway, the Maersk -- the Maersk Saltoro had a blackout.
A. Correct.
Q. And, in fact, it had two blackouts.
A. Yes.
Q. And the second blackout -- the first blackout was caused by a low fuel oil -- lube oil pressure reading; right?
A. Okay.
Q. Yes?



A. Correct.
Q. And the second blackout was caused by use of the flushing pump; right?
A. The second blackout was -- it's not like that. In one line if you read, you can interpret that way, but it's not like that.
Q. Meaning it's not clear to you. Is that what you mean?
A. Yes.
Q. Because it says:
"[No.] 3 A/E taken on a load -- taken on load but again black out occurred as the A/E was in MGO flushing pump."
You see that?
A. Okay.
Q. So it's telling you the cause of the second blackout was the flushing pump. That's easy to read.
A. No, but that --
MR. BENNETT: Just note my objection.
THE WITNESS: -- is what mentioned here.
BY MR. JARRETT:
Q. That is what is mentioned there.
A. Yeah, but it is not the cause.
Q. Well, I'm going to ask you about that.



A. Yeah.
Q. Am I correct that if the Saltoro's second blackout as described in this Exhibit 214 was caused by the flushing pump, that's the identical cause of the second blackout on the Dali on March 26 --
A. No.
Q. -- 2024?
A. It's not identical.
Q. It's not identical?
A. No.
Q. Let me ask the question again. If the flushing pump was the cause of the second blackout on the Saltoro on December 9, 2022, is it also true that the flushing pump was the cause of the second blackout on the Dali on March 26, 2024?
A. I disagree with first case.
Q. You disagree with the first case?
A. It's not the flushing pump.
Q. It's not a flushing pump problem?
A. No, the flushing pump was not the cause for Saltoro.
Q. Okay. And you -- is that because you did an incident investigation?
A. Yeah.



Q. And did you put that incident investigation in writing? Because I haven't seen it.
A. No, it's not in the -- I've not put that as incident investigation regarding the flushing pump, but I did not -- it's not the cause.
Q. I --
A. Can I -- can I explain?
Q. Yeah, let me ask you a question first. I want you to explain. Is that because -- do you have that opinion because you did an investigation?
A. Yes.
Q. Okay. And did you put that investigation in writing?
A. No.
Q. Did you do the investigation at or about December 9, 2022?
A. Yes.
Q. And isn't it true -- and we'll look at it in a minute -- that whenever a ship in the Synergy fleet has an unexpected blackout, that is a significant Level III or above incident that requires a written investigation?
A. In that re -- I -- in that defect